US DISTRICT COURT FOR THE NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X

DMITRY KRUGLOV : Docket No.: 1:22-CV-72
                          Plaintiff, :
  -against- :
                                                   :

Karlinsey, Hernandez, Hannah, Alvarez, "John Doe", "B" -
U.S. Customs and Border Protection Agents,
in their individual capacities
                               Defendants. :

--------------------------------------------------------------------------------X

*U.S. DISTRICT COURT - N.D. OF N.Y. FILED SEP 0 2 2022 AT____O'CLOCK____ John M. Domurad, Clerk - Albany*

## Request for Reconsideration, Or, In the Alternative, A Notice of Appeal

Plaintiff respectfully requests reconsideration of the order entered on 7/26/22

The confusion regarding the Jurisdiction Venue is due to Plaintiff's use of the temporary address in Florida, which Plaintiff used while traveling.

**ARGUMENT 1 – choice of venue is correct based on Plaintiff's residence**

The complaint identifies jurisdiction based on 1391(e)(1)(c):

(e)**Actions Where Defendant Is Officer or Employee of the United States.—**

   (1)IN GENERAL.—

A civil action in which a defendant is an officer or employee of the United States or any agency thereof acting in his official capacity or under color of legal authority, or an agency of the United States, or the United States, may, except as otherwise provided by law, be brought in any judicial district in which

(C) the plaintiff resides if no real property is involved in the action.

Plaintiff is a resident of Ulster County, NY.

Attachments 1. Plaintiff's address provided to Congressman's office regarding the complaint

2. Plaintiff's Insurance cards showing Ulster County address.

ARGUMENT 2 – The case is of great Public interest for the New York residents, and of little public interest to Arizona residents.

1

Case 1:22-cv-00072-GTS-CFH   Document 8   Filed 09/02/22   Page 2 of 5

As complaint indicates, the main cause of action is discriminatory treatment by CBP against residents of New York. As such, this case has great public significance for the residents of the State, and should remain in This Court.

## CONCLUSION

The outcome of this case will disproportionately impact civil rights of New Yorkers, and will have no little to impact in Arizona.

Therefore, it is in public interest to decide this case in the Court where it was filed.

In the Alternative,

 Notice is hereby given that ,**Plaintiff** in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit  (from an order of transfer) entered in this action on the day 26 of July, 2022.

Respectfully Submitted
/s/Dmitry Kruglov
8/26/22



# Congressman Antonio Delgado

## PRIVACY AUTHORIZATION FORM
### Under the provisions of the Privacy Act of 1974

Name: DMITRY KRUGLOV    Date of Birth: _____

Address: 22 TRICOR AVE

City: NEW PALTZ    State: NY    Zip Code: 12561

Email Address: greatmeetingyou@aol.com

Home Phone: _____    Cell Phone: 409 692 2929    Work Phone: _____

**If applicable, please provide the following:**

Federal Agency Involved: _____    Social Security #: ___-__-____

Case #: _____    IRS Tax Year: _____    Form: _____

Please provide an explanation of your problem and attach any relevant documents.
Use additional paper if necessary.

**SIGNATURE FOR RELEASE**

I, (print your name) **Dmitry Kruglov**, authorize Congressman Antonio Delgado and his staff to act on my behalf to transmit and/or receive information pertinent to my request for assistance. In order to respond to the inquiry about me, I understand that it may be necessary to release information that, under the Privacy Act of 1974, cannot be released without my written consent. I am therefore consenting to the re[lease] of information protected by the statute.

Signature (sign in ink): [signature]    Date: 11/8/2021

Staff Member: _____    Phone: _____
Email: _____

*(handwritten margin note: ATTACHMENT 4)*

ATTACHMENT 2

**NEW YORK STATE INSURANCE IDENTIFICATION CARD**  FS-20

**GEICO** GEICO GENERAL INSURANCE COMPANY

| Policy Number | Phone Number: 1-800-841-3000 |
|---|---|
| 4412-03-75-01 | |

| Effective Date | Expiration Date |
|---|---|
| 03/30/2022 (12:01 a.m.) | 09/30/2022 (12:01 a.m.) |

An authorized New York insurer has issued an owner's policy of liability insurance complying with article 6 (Motor Vehicle Financial Security Act) of the New York Vehicle and Traffic Law to:

NAMED INSURED
KRUGLOV, DMITRY
22 TRICOR AVE
NEW PALTZ NY 12561

Issuer:
GEICO GENERAL INSURANCE COMPANY
One GEICO Plaza, Washington DC 20076-0001
Company code: 639

| Year Make | Model | Vehicle Identification No. |
|---|---|---|
| 2003 CHEVR | VENTURE | 1GNDX03E03D297263 |

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

(Not acceptable to obtain registration after 45 days from effective date)



Cut Along the Dotted Line

**Important Information**

Here are your Policy Identification Cards
We've provided two (2) cards for each vehicle on your policy.
One ID card must be physically located in the proper insured vehicle. The duplicate card is for use when applying for new tags. Please destroy your old cards when the new cards become effective.
Only the Registered Owner(s) are listed on the Identification Cards. For a full list of drivers covered under this policy, please reference the Drivers section of your Declarations Page.

DMITRY KRUGLOV
22 TRICOR AVE
NEW PALTZ NY 12561-1926

**FAX INSTRUCTIONS**
(If the ID Card Page needs to be faxed)

1. The entire page must be faxed.
2. If submitted to DMV, either the entire page or the second ID card and large scannable bar code will be retained.
3. A faxed ID card must be replaced with a scannable ID card within 14 days of the effective date.
4. DMV will not accept a faxed ID card without a scannable barcode.

**FAX: Scannable Bar Code**



Cut Along the Dotted Line

**NEW YORK STATE INSURANCE IDENTIFICATION CARD**  FS-20

**GEICO** GEICO GENERAL INSURANCE COMPANY

| Policy Number | Phone Number: 1-800-841-3000 |
|---|---|
| 4412-03-75-01 | |

| Effective Date | Expiration Date |
|---|---|
| 03/30/2022 (12:01 a.m.) | 09/30/2022 (12:01 a.m.) |

An authorized New York insurer has issued an owner's policy of liability insurance complying with article 6 (Motor Vehicle Financial Security Act) of the New York Vehicle and Traffic Law to:

NAMED INSURED
KRUGLOV, DMITRY
22 TRICOR AVE
NEW PALTZ NY 12561

Issuer:
GEICO GENERAL INSURANCE COMPANY
One GEICO Plaza, Washington DC 20076-0001
Company code: 639

| Year Make | Model | Vehicle Identification No. |
|---|---|---|
| 2003 CHEVR | VENTURE | 1GNDX03E03D297263 |

THIS ID CARD MUST BE CARRIED IN THE INSURED VEHICLE FOR PRODUCTION UPON DEMAND

(Not acceptable to obtain registration after 45 days from effective date)



D. Kouglov

US District Court
Clerk's office
445 Broadway
Albany, NY 12207

RECEIVED
SEP 02 2022
U.S. DISTRICT COURT
JOHN M. DOMURAD, CLERK

MIAMI FL 330
29 AUG 2022 PM 5 L